

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2017

No. 04-17-00512-CR

Mark Eugene **CUNNINGHAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5425
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 3, 2018.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2017.

_____
Keith E. Hottle
Clerk of Court